UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 1:08-cr-137-01 SEB-TAB |
| vs. | ) | |
| JAMES M. MOORE, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court having reviewed and considered the Magistrate Judge's Report and Recommendation at Docket No. 50 and being duly advised in the premises, now adopts that Report and Recommendation as the ruling of the Court. Accordingly, Defendant's supervised release is REVOKED and he is sentenced to the custody of the Attorney General or his designee to serve a term of imprisonment of 6 months, to be followed by at term of supervised release for a period of 48 months.

IT IS SO ORDERED .

Date: 01/30/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

William H. Dazey , Jr
 INDIANA FEDERAL
 COMMUNITY DEFENDERS
 bill.dazey@fd.org

James C. McKinley
 ATTORNEY AT LAW
 jmckinley@justice.com

**James Marshall Warden**
 UNITED STATES ATTORNEY'S OFFICE
 james.warden2@usdoj.gov

USPO
Attn: Jason Phillips